

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE:<br><br>TEXAS RANGERS BASEBALL PARTNERS,<br><br>Debtor. | §§§§§§§§§ Bankruptcy Court Case<br>No. 10-43400-dml11 |
| JPMORGAN CHASE BANK, N.A., as First Lien Agent acting at the direction of Requisite Lenders,<br><br>Plaintiff,<br><br>VS.<br><br>THOMAS O. HICKS, ET AL.,<br><br>Defendants. | §§§§§§§§§§§§§§§ Adversary No. 11-04124-dml<br><br>District Court Case<br>No. 4:12-CV-076-A |

### FINAL JUDGMENT

Consistent with the joint stipulation regarding bankruptcy claims of Thomas O. Hicks, filed in the above-captioned district court case on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by any party to the above-captioned district court case against any other party to such case be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that all other requests for relief in any other matter or proceeding

pending before this court in the above-captioned district court case because of withdrawal of reference be, and are hereby, denied.

    SIGNED January 11, 2013.

_____
JOHN McBRYDE
United States District Judge